UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CURTIS BROWN p/k/a GRAND MASTER CAZ,
and CHARLIE CHASE, collectively p/k/a
THE COLD CRUSH BROTHERS

               Plaintiffs,

    -against-                   03 Civ. 6570 (DAB)(THK)
                                    ADOPTION OF REPORT
                                    AND RECOMMENDATION
COLUMBIA RECORDING CORPORATION

               Defendant.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     This matter is before the Court upon the July 24, 2006 Report and Recommendation ("Report") of United States Magistrate Judge Kevin N. Fox. The Report recommends that Plaintiffs be awarded $155,500.00, plus post-judgment interest in an amount to be calculated by the Clerk of Court pursuant to 28 U.S.C. § 1961(a). (Report at 9.)

     According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised of this

1

procedure in Magistrate Judge Fox' Report and Recommendation, to date, no objections to said Report and Recommendation have been filed.

Having reviewed the Report and Recommendation, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Kevin N. Fox, dated July 24, 2006, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Defendant shall pay damages to Plaintiffs in the amount of $155,500.00, plus post-judgment interest in an amount to be calculated by the Clerk of Court pursuant to 28 U.S.C. § 1961(a).

3. Upon entry of judgment in the amount stated in the preceding paragraph, the Clerk of Court is directed to CLOSE the docket for this case.

SO ORDERED.

Dated:   New York, New York
         December 11, 2006

                                    _____
                                    DEBORAH A. BATTS
                                    United States District Judge